## The People *v.* García, *alias* Chivero.

#### Appeal from the District Court of Mayagüez.

No. 104.—Decided November 6, 1907.

Appeal—Manifest Errors.—It not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

Mr. Justice Wolf delivered the opinion of the court.

This case was begun by a complaint for embezzlement in the Municipal Court of Mayagüez and appealed to the district court and after a trial the accused was sentenced to two months in jail and the costs. The case comes here on appeal, but the evidence has not been certified to us in any manner, and as we have found no error in the record the judgment must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.